IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| PAUL LEWIS, | * | |
| Plaintiff, | * | |
| v. | * | CV 623-061 |
| CHRYSLER CAPITAL LLC and TRANSUNION, LLC, | * | |
| Defendants. | * | |

O R D E R

Before the Court is Plaintiff's notice of dismissal without prejudice as to Defendant Chrysler Capital LLC ("Chrysler"). (Doc. 5.) Federal Rule of Civil Procedure 41 governs the dismissal of actions including notices of dismissal. Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss a case without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Furthermore, "Rule 41(a) allows a district court to dismiss all claims against a particular defendant." City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1036 (11th Cir. 2023) (citations omitted).

This motion was filed prior to Defendant Chrysler serving an answer or a motion for summary judgment. Upon due consideration,

the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** this matter is **DISMISSED WITHOUT PREJUDICE** as to Defendant Chrysler.  The Clerk is **DIRECTED** to **TERMINATE** Defendant Chrysler as a party to this case.  Plaintiff and Defendant Chrysler shall bear their own costs and fees with respect to each other.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of November, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA