IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
PAUL LEWIS,                   *
                              *
     Plaintiff,               *
                              *
     v.                       *     CV 623-061
                              *
TRANSUNION, LLC,              *
                              *
     Defendant.               *
                              *
                              *
```

O R D E R

Before the Court is Plaintiff's notice of dismissal with prejudice as to Defendant Transunion, LLC ("Transunion"). (Doc. 8.) Federal Rule of Civil Procedure 41 governs the dismissal of actions including notices of dismissal. Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss a case without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Furthermore, "Rule 41(a) allows a district court to dismiss all claims against a particular defendant." City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1036 (11th Cir. 2023) (citations omitted).

This motion was filed before any Defendant served an answer or a motion for summary judgment. Upon due consideration, the

Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendant Transunion. The Clerk is **DIRECTED** to **TERMINATE** Defendant Transunion as a party to this case. Plaintiff and Defendant Transunion shall bear their own costs and fees with respect to each other. As all Defendants have now been terminated, the Clerk is **DIRECTED** to **TERMINATE** all pending motions and deadlines, if any, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of January, 2024.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```